IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA



RECEIVED
OCT 2 5 2017
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:17-cr-044 |
| v. | **INDICTMENT** |
| ROBERT WILLIAM SIMET, | T. 18, U.S.C. § 115(a)(1)(B) |
| Defendant. | T. 18, U.S.C. § 115(b)(4) |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Influencing or Retaliating against a Federal Official)

That on or about July 5, 2017, in the Southern District of Iowa, the Defendant, ROBERT WILLIAM SIMET, did threaten to assault and murder a United States Official with intent to retaliate against such official on account of the performance of official duties.

This is a violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

**TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: Richard E. Rothrock
Assistant United States Attorney

1